## GLORIA DUHL *v.* PAULO DUHL

The plaintiff's petition for certification for appeal from the Appellate Court, 7 Conn. App. 92, is denied.

*Daniel V. Presnick,* in support of the petition.

Decided May 21, 1986

## DEOLINDA B. PEREÏRA ET AL. *v.* ADMINISTRATOR, UNEMPLOYMENT COMPENSATION ACT, ET AL.

The defendant's petition for certification for appeal from the Appellate Court, 6 Conn. App. 658, is denied.

*Joseph I. Lieberman,* attorney general, and *Richard T. Sponzo,* assistant attorney general, in support of the petition.

*John C. Bullock,* in opposition.

Decided May 28, 1986

## HARRY SKOLNICK AND SONS *v.* SAMUEL J. HEYMAN

The plaintiff's petition for certification for appeal from the Appellate Court, 7 Conn. App. 175, is denied.

*Jeffrey D. Ginzberg,* in support of the petition.

*Stewart I. Edelstein,* in opposition.

Decided May 28, 1986

## RAYMOND MURTEZA *v.* STATE OF CONNECTICUT

The plaintiff's petition for certification for appeal from the Appellate Court, 7 Conn. App. 196, is denied.

*Wesley W. Horton,* in support of the petition.

*James E. Kernan,* in opposition.

Decided May 28, 1986